# EXHIBIT A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2023-05512 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Lauren Mosley** | Home Phone (Incl. Area Code)<br>**(312) 582-0227** | Date of Birth<br>**October 31, 1989** |
|---|---|---|
| Street Address<br>**1111 Oakley Industrial Blvd Apt 7202** | City, State and ZIP Code<br>**Fairburn, GA 30213** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**Delta Air Lines, Inc.** | No. Employees, Members<br>**1,000+** | Phone No. (Include Area Code)<br>**(800) 221-1212** |
|---|---|---|
| Street Address<br>**1030 Delta Blvd, Dept 982** | City, State and ZIP Code<br>**Atlanta, GA, 30354** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____  Latest **April 11, 2023**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.  On or around February 13, 2017, I began working for the company as a Flight Attendant.

II.  On or around January 15, 2023, the company received a complaint about the appearance of my shoes. I was informed on January 18, 2023 that my shoes did not meet uniform standards.

III.  On or around January 20, 2023, I was told by management to request an accommodation to be allowed to wear insulated shoes due to my disability. On January 23, 2023, I applied for the accommodation.

IV.  On or around March 24, 2023, I complained about the uniform and asked to be able to wear my insulated shoes and I was suspended.

V.  On or around April 11, 2023, the company terminated me.

VI.  I believe I was discriminated in violation of the Americans with Disabilities Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 06/05/2023          *Electronically Signed* /s/ Lauren Mosley   *2023-06-05 16:48:01 UTC - 98.192.104.6*<br>*Nintex AssureSign®   7bc42dd9-5b66-4ecb-9e60-b0180114239b*<br>Date                  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Ianna O. Richardson | ianna@justiceatwork.com | Barrett & Farahany